IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:08cv384

| | |
|---|---|
| E&K CONSTRUCTION COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL ZACCHEO, )<br>)<br>Defendant. )<br>)  | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The parties have advised the Court that this matter has been settled. The Court will allow the parties until September 28, 2009 to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **September 28, 2009**.

Signed: September 1, 2009

Martin Reidinger
United States District Judge